FILE COPY



**COURT OF CRIMINAL APPEALS**
P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

**SHARON KELLER**
PRESIDING JUDGE

**BARBARA P. HERVEY**
**BERT RICHARDSON**
**KEVIN P. YEARY**
**DAVID NEWELL**
**MARY LOU KEEL**
**SCOTT WALKER**
**MICHELLE M. SLAUGHTER**
**JESSE F. MCCLURE, III**
JUDGES

**DEANA WILLIAMSON**
CLERK
(512) 463-1551

**SIAN SCHILHAB**
GENERAL COUNSEL
(512) 463-1597

June 14, 2024

10th Court Of Appeals Clerk
McLennan County Courthouse
501 Washington Ave., Rm 415
Waco, TX 76701
\* Delivered Via E-Mail \*

District Clerk Mclennan County
P.O. Box 2451
Waco, TX 76703
\* Delivered Via E-Mail \*

**Re:** Heath, Dwayne Robert
**CCA No.** PD-0156-22
**Trial Court Case No.** 2017-241-C2

**COA No.** 10-18-00187-CR

The majority opinion in the above referenced case has been changed as follows:

Pg. 11, footnote 26: "Article 38.14" has been changed to "Article 39.14"

Pg. 18, line 10: "in which action an action is pending" has been changed to "in which an action is pending"

Pg. 19, footnote 57: "what is discoverable if committed" has been changed to "what is discoverable is committed"

Pg. 22, line 6: "Who is "The State" in for..." has been changed to "Who is "the State" for..."

Pg. 23, line 6: "until it's petition for discretionary review" has been changed to "until its petition for discretionary review"

Pg. 24, line 17: "discovery for the "the work product..." has been changed to discovery for "the work product..."

Pg. 26, line 5: "disclosure of discovery evidence" has been changed to "disclosure of discoverable evidence"

FILE COPY

Pg. 29, line 3: "A law enforcement agency filling a case" has been changed to "A law enforcement agency filing a case"

Pg. 36, line 2: "neglect or failure duty" has been changed to "neglect or failure of duty"

Pg. 38, line 20: "Presiding Judge Gray" has been changed to "Chief Justice Gray"

Pg. 43, line 6: "discovery order *Hollowell v. State*" has been changed to "discovery order in *Hollowell v. State*"

Pg. 43, line 11: "was in progress untenable" has been changed to "was in progress is untenable"

Pg. 46, line 14: "the previous convictions prior judgments" has been changed to "the previous judgments"

Pg. 49, line 13: "designated claims or defense" has been changed to "designated claims or defenses"

Pg. 49, footnote 150: "(Failing to Timely Response - Effect on Trial)" has been changed to "(Failing to Timely Respond - Effect on Trial)"

Pg. 51, line 11: "to wait until it get ready" has been changed to "to wait until it gets ready"

Sincerely,

*Deana Williamson*

Deana Williamson, Clerk

cc:   Presiding Judge 54th District Court (Delivered Via E-Mail)
      District Attorney Mclennan County (Delivered Via E-Mail)
      Jessica Freud (Delivered Via E-Mail)
      State Prosecuting Attorney (Delivered Via E-Mail)
      Emily Johnson-Liu (Delivered Via E-Mail)